UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE POLIZZI, professionally known as "Snooki", an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXCELL BRANDS LLC, a New Jersey Corporation,<br><br>Defendant. | Civil Action No. 13-cv-6146-NRB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between all parties and their respective counsel that the entire above-captioned action is voluntarily dismissed, with prejudice and without costs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: _____, 2014

_____
Hon. Naomi Reice Buchwald, U.S.D.J.

HARDER MIRELL & ABRAMS LLP
1925 Century Park East
Suite 800
Los Angeles CA 90067
*Attorneys for Plaintiff
Nicole Polizzi*

*/s/ Charles Harder*____
CHARLES HARDER

Dated: June 18, 2014

WOLFF & SAMSON PC
140 Broadway, 46th Floor
New York, NY 10005
(973) 325-1500
*Attorneys for Defendant
Excell Brands LLC*

*/s/ Ronald L. Israel*_____
RONALD L. ISRAEL

Dated: June 18, 2014

4679987.1